IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Dang La Construction LLC<br><br>Debtor. | §<br>§ Subchapter V<br>§<br>§ Case No. 25-30853<br>§<br>§ **Alfredo R. Perez** |

### SMALL BUSINESS SUBCHAPTER V 1188(c) STATUS CONFERENCE REPORT

This report is filed in connection with the upcoming Small Business Subchapter V Status Conference.

1. **Nature of the Business:**

    The Debtor operates a general contractor company located in Houston, Texas and serving the Houston, Katy, Richmond-Rosenberg, Pearland, Missouri City, and Pasadena Texas areas.

2. **Location(s) of the Business:**

    - 10300 Westoffice Drive, Suite 100, Houston, Texas, 77042.

3. **Information Regarding the Number and Types of Employees:**

    The Debtor employs 1 employee who provides managerial and consulting services.

4. **Primary Cause(s) of the Necessity to File Bankruptcy:**

    The Debtor was involved in a lawsuit filed in the 61st Judicial District of Harris County styled *Angel Cabellero v. NCSL Associates LP et al* (the "Cabellero Litigation") where the Debtor was named as a defendant and cross defendant.

5. **General Information about the Nature of the Secured, Priority & Unsecured Debt:**

    Secured:      $61,263.59

    Priority:      None.

    Unsecured:   $1,151,077.32 including insiders

6. **Status of Employment of Professionals:**

   Tran Singh, LLP has been retained as general bankruptcy counsel for the Debtor and an application to approve the retention is forthcoming.

7. **Status of Discussions with Trustee:**

   The Debtor is in the process of converting its prepetition account to a debtor in possession account and working on other UST items. The initial debtor interview is scheduled March 10, 2025 and the Debtor will have a better understanding of any compliance issues.

8. **Status of Any Cash Collateral, Adequate Protection, or Stay Relief Issues:**

   The Debtor's secured financing obligations are vehicular financing agreements for which there are no cash collateral issues and the Debtor intends on entering into an adequate protection agreement with the respective lenders.

9. **Goals for Reorganization of the Business:**

   The Debtor's operations have temporarily halted due to Caballero Litigation but it intends on restarting operations and will fund its plan of reorganization from proceeds of its business operations.

10. **Financial Projections for Upcoming Six-Month Period and Reasons for Any Significant Variation from Historical Performance:**

    The Debtor is preparing its six-month projections and does not believe there should be any significant variations from historical performance.

11. **Efforts Taken and Status of Achieving a Consensual Plan:**

    The Debtor has not been able to make contact with its creditors as the case was filed on February 14, 2025 but the Debtor intends on working with Thomas Howley, the Subchapter V Trustee, to facilitate a consensual plan.

12. **Whether There Is Any Need to File a Separate Disclosure Statement:**

    The Debtor believes there is no need to file separate disclosure statement.

13. **Whether There Is Any Need to Expand the Proof of Claim Deadline (Automatically Set at 60 Days from Petition Date):**

    The Debtor believes there is no need to extend the proof of claim deadline.

14. **Any Other Pertinent Information that Should Be Brought to the Court's**

**Attention:**

None.

Dated: March 4, 2025

Respectfully submitted,

**TRAN SINGH LLP**

By: */s/Susan Tran Adams*
Susan Tran | TBN: 24075648
Brendon Singh | TBN: 24075646
Mayur M. Patel | TBN: 24043863
2502 La Branch Street
Houston TX 77004
Ph: (832) 975-7300
Fax: (832) 975-7301
STran@ts-llp.com

*Proposed Counsel for Debtor in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the parties listed to receive notice by electronic means through the Court's CM/ECF system.

*/s/Susan Tran Adams*
Susan Tran Adams